United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **GRESLYN SARAI GALUE PARRA,**<br>Petitioner, | §<br>§<br>§ | |
| v. | § | Civil Action No. **1:26-cv-945** |
| **MARKWAYNE MULLIN,** in his official capacity, Secretary, U.S. Department of Homeland Security, *et al.*,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§ | |

**NOTICE AND ORDER**

On August 27, 2026, the Court ordered Petitioner Greslyn Sarai Galue Parra "to file an amended § 2241 Petition that names a proper respondent." Dkt. No. 3 at 2. In its August 27 Order, the Court further directed Galue Parra to "inform the Court the statute under which she is being detained." *Id.* at 3.

On September 8, 2026, Galue Parra filed her "Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("Amended § 2241 Petition"[1]). Dkt. No. 5. In her Amended § 2241 Petition, Galue Parra fails to inform the Court under which statute she is being detained; Galue Parra's counsel also failed to sign the amended pleading[2]. *See generally id.* Galue Parra instead challenges, generally, the Government's statutory authority to detain her, stating she "should not be subject to any mandatory detention

[1] Information obtained from Galue Parra's Amended § 2241 Petition. *See* Dkt. No. 5. Gomez-Gomez's country of origin is Venezuela. *Id.* at 3. Galue Parra does not provide her A-number.
[2] Under Federal Rule of Civil Procedure 11(a), every paper must be signed by "at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." FED. R. CIV. P. 11(a). The Court must strike any unsigned paper "unless the omission is promptly corrected after being called to the attorney's or party's attention." *Id.*

under 8 U.S.C. [§] 1226(c), [§] 1225(b)(1) or [§] 1231." *Id.* at 6. However, Galue Parra does not: (1) indicate the specific statutory classification that she is challenging; or (2) otherwise allege that the Government has failed to notify her of her statutory classification.

Galue Parra is hereby **ORDERED** to file a proper[3] amended § 2241 petition, **no later than September 18, 2026,** indicating the statute under which she is being detained.

Galue Parra is further **NOTIFIED** that failure to comply with the Court's Order may cause her case to be scheduled for dismissal. FED. R. CIV. P. 41(b); *Nottingham v. Warden, Bill Clements Unit*, F.3d 438, 440 (5th Cir. 2016) (the Court may sua sponte dismiss under Rule 41(b)).

**SO ORDERED.**

**SIGNED** on this **9th** day of **September, 2026,** at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**

[3] That complies with the Court's Order and is signed by counsel as required pursuant to Federal Rule of Civil Procedure 11(a).